**The evidentiary hearing set for September 15, 2015, at 11:00 a.m. is hereby stricken.**



**Dated: September 14, 2015**
**The following is ORDERED:**

Tom R. Cornish
U.S. Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | |
| **Alexander Louis Bednar,** | ) | **Case No. 15-11916-TRC** |
| | ) | **Chapter 7** |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## AGREED ORDER TERMINATING AUTOMATIC STAY
## AND DIRECTING ABANDONMENT OF PROPERTY

This Court, after review and consideration of the Motion for Relief from Automatic Stay and Request for Abandonment and Notice of Opportunity for Hearing (**"Motion"**) filed July 21, 2015 by RCB Bank; the Debtor's Response to Motion for Relief from Automatic Stay (**"Response"**) filed August 4, 2015 by Alexander Louis Bednar; the pleadings on file in this case; and signatures of counsel below, finds as follows:

1.  Mr. Bednar filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on May 20, 2015.

2. In Schedule A – Real Property Mr. Bednar listed his ownership of the real property described as:

> Lots One (1) and Nine (9), in Block Seven (7), of ESPERANZA ADDITION, Section 2, to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof.
>
> a/k/a 15721 Via Bella, Edmond, Oklahoma 73013-8567

(**the "Esperanza Property"**).

3. In its Motion, RCB Bank sought termination of the automatic stay and abandonment of the Esperanza Property pursuant to 11 U.S.C. Section 362(d)(1) and (2) and F.R.Bankr.P. 4001; and for an order directing abandonment pursuant to 11 U.S.C. Section 554, and F.R.Bankr. 6007 so that RCB Bank could continue its foreclosure petition pending in the District Court in and for Oklahoma County, Oklahoma, *RCB Bank v. Alexander Bednar; Jill Ann Bednar; Kentco, Inc., d/b/a American Mortgage Source; Mortgage Electronic Registration Systems, Inc.; Charles F. Alden, III, Inc.; Rosenstein, Fist & Ringold, Inc.; Andrea Kunkel; Kent Rainey; Oklahoma County Treasurer; and the Villas at Esperanza Owner's Association, Inc.*, Case No. CJ-2015-192, (**the "State Court Case"**).

4. Mr. Bednar claimed the Esperanza Property as exempt, no objections to the claim of exemption have been filed, and the time to file an objection to the claim of exemption has expired; therefore, the Esperanza Property is no longer property of the bankruptcy estate.

5. A Discharge of Debtor was entered on September 11, 2015; therefore, the automatic stay has been terminated pursuant to 11 U.S.C. Section 362(c)(2)(C).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the automatic stay of 11 U.S.C. Section 362 is terminated.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Esperanza Property is abandoned from the bankruptcy estate pursuant to 11 U.S.C. Section 554.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that RCB Bank may continue with the State Court Case to foreclose and liquidate its interest in the Esperanza Property.

###

**AGREED TO AS TO FORM AND CONTENT:**

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

s/Scott P. Kirtley
Scott P. Kirtley  OBA # 11388
502 W. 6th St.
Tulsa, Oklahoma 74119
(918) 587-3161
(918) 587-9708 (fax)
skirtley@riggsabney.com

Attorneys for RCB Bank


and


JERRY D. BROWN, P.C.

s/Jerry D. Brown
Jerry D. Brown, OBA #16815
5500 N. Western, Suite 150
Oklahoma City, Oklahoma 73118
(405) 841-1000
(405) 841-1001 (fax)
jdbrownpc@sbcglobal.net

Attorney for Alexander Louis Bednar