IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: ALEXANDER LOUIS BEDNAR,

Debtor.

Case Number: 15-11916 TRC
Chapter 7

2018 OCT 26  P 4: 15

CERTIFICATE OF SERVICE

This is to certify that on the 26th day of October, 2018, a true and correct copy of the Motion to Avoid Judgment Lien of Franklin American Mortgage, filed on October 18, 2018, was also served on this date via first class postage paid, in the United States Postal Service to:

Oklahoma County District Attorney
c/o Rod Heggy
320 Robert S Kerr
County Building, 5th Floor
Oklahoma City OK 73102
Attorney for Oklahoma County Sheriff

Franklin American Mortgage
Corporation Company / Agent of Service
1833 South Morgan Road
Oklahoma City OK 73128

Scott Kirtley, Esq
Riggs Abney Law Firm
502 W. 6th Street
Tulsa, OK 74119-1010

Don Timberlake
PO Box 18486
Oklahoma City, OK 73154-0486
Attorney for Franklin American
and Fannie Mae in state court

Federal National Mortgage Assoc.
a/k/a Fannie Mae
3900 Wisconsin Ave.
Washington, D.C. 20016

RCB Bank
300 W. Patti Page
Claremore, OK 74017

s/ _____
Alexander Louis Bednar / Debtor
15721 Via Bella
Edmond OK 73013
Bednarconsult@gmail.com
405 420 9030
Please note that the address above
is where Debtor is able to receive
mail at this time