IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In re: ALEXANDER LOUIS BEDNAR,

Debtor.

Case Number: 15-11916 TRC
Chapter 7

2018 OCT 26 P 4: 20

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of October, 2018, a true and correct copy of the Motion to Avoid Judgment Lien of Franklin American Mortgage, filed on October 18, 2018, was served via personal service to the registered agent of Franklin American Mortgage Company:

Franklin American Mortgage
Corporation Company / Agent of Service
1833 South Morgan Road
Oklahoma City OK 73128

s/ _____
Alexander Louis Bednar / Debtor
15721 Via Bella
Edmond, OK 73013
405 420 9030
bednarconsult@gmail.com
Representing Debtor (self)